

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2024

No. 04-24-00158-CV

**IN RE BEXAR APPRAISAL DISTRICT,** Relator

Original Proceeding[1]

**ORDER**

On March 6, 2024, relator filed a petition for writ of mandamus. After considering the petition, the record, the response filed by real parties in interest, and relator's reply, this court concludes relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on September 25, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause Nos. 2022-CI-14131 & 2022-CI-14159, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.